

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
2810 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

EVANGELINA MORENO nee MARTINEZ,)

Plaintiff,

CV-S-02-0198-LRH-RJJ

vs.

AT&T WIRELESS SERVICES, INC.,
a foreign corporation,

Defendant.

SIX PERSON JURY DEMANDED

COMPLAINT

JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

3. Plaintiff is a natural person and was, at all times relevant hereto, a citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant, AT&T Wireless Services, Inc., is a furnisher of information as contemplated by FCRA § 1681s-2(b) who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

FACTUAL ALLEGATIONS

5. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

6. Plaintiff is a victim of theft of identity.

7. Plaintiff was an employee of Catholic Charities of Southern Nevada at all times relevant hereto.

8. Plaintiff was in church during the late evening of November 10, 2000, when her automobile was burglarized.

9. Plaintiff's purse, which contained her identifying information, credit cards and other property, was stolen.

10. On November 14, 2000, Plaintiff filled out a police report (Exhibit 1).

11. During the following months, Plaintiff learned that a number of fraudulent accounts had been opened in her name.

12. The accounts appeared on Plaintiff's national credit profiles.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

13. During August, 2001, Plaintiff disputed the presence of six fraudulent accounts, including an AT&T Account, contained on her Experian Report (Exhibit 2).

14. Plaintiff premised her dispute on the November, 2000, theft of her identifying information (Exhibit 2).

15. At approximately the same time, Plaintiff disputed seven tradelines, including the AT&T Account, with Trans Union (Exhibit 3).

16. On September 10, 2001, Experian responded to Plaintiff's dispute by deleting all disputed tradelines except the FCNB entry (Exhibit 4).

17. An excerpt from Plaintiff's October 18, 2001, Equifax Report reflects the illegal inclusion of the AT&T Account in violation of FCRA § 1681s-2(b)(1)(D) [Exhibit 5].

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

STATEMENT OF CLAIM AS AGAINST DEFENDANT

18. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

a. By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

. . .

. . .

. . .

. . .

. . .

. . .

PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

a) actual damages;

b) punitive damages;

c) attorney's fees; and

d) costs.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV 89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

EXHIBITS

Printed by: q5963s
Printed date/time: 7/19/01 19:27

# Incident Report

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NV 89101
(702) 229-3111

Incident Number: LLV001110002154

## Incident Summary

Incident Type: CRIMINAL INCIDENT
Report type: FIELD INCIDENT RF
Inc Occurred Address: 8100 WESTCLIFF DR LAS VEGAS, NV
Sector/Beat: V4/V4
Inc Occurred Start: 11/10/2000 20:30 Inc Occurred End:
Report Taken: 11/10/2000 22:54
Domestic: N Bias Motivation: NO Gang Related: N Substance: N
Contact Nature:
Reporting Officer: STARKES, D 6927 Primary Assigned Officer: ROCK, D 5306
Case Status: CLOSED Disposition: ZEROED Disposition Date: 11/15/2000 08:04

### Offenses

| Statute Code | Description | Severity | Counts | Att | Cons |
|---|---|---|---|---|---|
| BURG205.060C | BURGLARY - AUTO | FELONY | 1 | N | N |

### List of Attachments

| Type: | Report ID: | Report Date: | Report Summary: |
|---|---|---|---|
| VOLUNTARY STATEMENT | 4594 | 11/10/2000 23:00 | REYES, MIGUEL A |

## Persons Involved

Person#: 0001 MNI: 3598515
Event Association: VICTIM Contact Date/Time:
Name: MARTINEZ, EVANGELINA
SSN: [redacted] DOB: 12/17/1974 Age: 25 Sex: F Race: H
Height: 5'2" Weight: 130 Eye Color: BROWN Hair Color: BROWN
Address: 4263 S PECOS RD 1027 LAS VEGAS, NEVADA 89121 Sector/Beat:
Phone#: (702) 451-6609 DL State: DL#: Exp. date:
Occupation: YOUTH CARE Employer/School: CATHOLIC CHARITIES

Person#: 0002 MNI: 3598516
Event Association: WITNESS Contact Date/Time:
Name: REYES, MIGUEL A
SSN: DOB: 09/21/1968 Age: 32 Sex: M Race: H
Height: 5'4" Weight: 125 Eye Color: BROWN Hair Color: BROWN
Address: 3755 SILBERT LA LAS VEGAS, NEVADA 89104 Sector/Beat: G4/G4
Phone#: (702) 373-3560 DL State: DL#: Exp. date:
Occupation: Employer/School:

UNLAWFUL DISSEMINATION of this Restricted Information is PROHIBITED. Violation will subject the offender to [illegible]
Rel to: Evangelina Martinez
Date: 07-19-01
Las Vegas Metropolitan Police Department
By: 6576 [illegible]

EXHIBIT 1

Printed by: c5963s
Printed date/time: 7/19/01 19:27

# Incident Report

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NV 89101
(702) 229-3111

Incident Number: LLV001110002154

## Persons Involved

Person#: 0003 MNI: 3598518
Event Association: SUSPECT Contact Date/Time:
Name: UNK,
SSN: DOB: Age: 18 Sex: Race:
Height: Weight: Eye Color: Hair Color:
Address: , Sector/Beat:
Phone#: DL State: DL#: Exp. date:
Occupation: Employer/School:

### Characteristics

| Characteristic Type: | Further Defined By: | Description: |
|---|---|---|
| PHYSICAL BUILD | THIN | |
| DOMINANT HAND | RIGHT | |
| HAIR LENGTH | SHORT | |
| FACIAL HAIR | UNSHAVEN | |
| SPEECH MANNER | NOT HEARD | |
| PHYSICAL APPEARANCE | CASUAL CLOTHES | |
| SHIRT COLOR | | DARK |
| PANTS COLOR | | JEANS |
| HAIR STYLE | AFRO | SHAVED DESIGN |

Person#: 0004 MNI: 3598519
Event Association: SUSPECT Contact Date/Time:
Name: , UNKNOWN
SSN: DOB: Age: 18 Sex: Race:
Height: Weight: Eye Color: Hair Color:
Address: , Sector/Beat:
Phone#: DL State: DL#: Exp. date:
Occupation: Employer/School:

### Characteristics

| Characteristic Type: | Further Defined By: | Description: |
|---|---|---|
| PHYSICAL BUILD | THIN | |
| DOMINANT HAND | RIGHT | |
| HAIR LENGTH | SHORT | |
| FACIAL HAIR | UNSHAVEN | |
| SPEECH MANNER | NOT HEARD | |
| PHYSICAL APPEARANCE | CASUAL CLOTHES | |
| SHIRT COLOR | | DARK |
| PANTS COLOR | | JEANS |
| HAIR STYLE | AFRO | SHAVED DESIGN |

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NV 89101
(702) 229-3111

Incident Number: LLV001110002154

## Vehicles Involved

Vehicle#: 0001
Event Assoc: VICTIM'S VEHICLE
Vehicle Type: A
VIN: 1HGEJ824XWL093510
Style: 2 DOOR
Status d/t:
NCIC Date:
NCIC#:

Year: 1998
License#: 401KWB
Prim Color: BLACK
Status Value:

Vehicle Status:
Make: HONDA
State: NV
Sec Color: BLACK
Recovered Date:
NCIC Reported By:
NCIC Cancelled:

Model: CIVIC
Expires on: 08/2001
Ter Color: BLACK
Recovered Value:

Registered Owner Name: MARTINEZ, EVANGELINA
Address: 4263 S PECOS RD 102 LAS VEGAS, NV 89121
Phone#: (702) 451 6609

Vehicle Features
AIR CONDITIONING
BROKEN WINDOWS
BUCKET SEATS
REAR BUMPER
SUNROOF
FRONT BUMPER

## Property Involved

Property # 0001
Event Assoc/Orig status: STOLEN
Current status: STOLEN
Property Type:
Description: WOVEN PURSE
Make/Brand:
Color: BLK
Serial/Lot#:
NCIC Date:
NCIC#:

Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

Original Value: $15.00
Current Value: $15.00

Property # 0002
Event Assoc/Orig status: STOLEN
Current status: STOLEN
Property Type:
Description: WALLET
Make/Brand:
Color: BLK
Serial/Lot#:
NCIC Date:
NCIC#:

Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

Original Value: $3.00
Current Value: $3.00

Property # 0003
Event Assoc/Orig status: STOLEN
Current status: STOLEN
Property Type:
Description: DRIVERS LIC
Make/Brand: NEVADA
Color:
Serial/Lot#:
NCIC Date:
NCIC#:

Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

Original Value:
Current Value:

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NV 89101
(702) 229-3111

Incident Number: LLV001110002154

## Property Involved

Property # 0004

| | | |
|---|---|---|
| Event Assoc/Orig status: STOLEN | Original Status Date: | Original Value: $30.00 |
| Current status: STOLEN | Current Status Date: | Current Value: $30.00 |
| Property Type: | | |
| Description: US CURRENCY | | |
| Make/Brand: | Model: | |
| Color: | Quantity: 1 | |
| Serial/Lot#: | Owner Applied#: | |
| NCIC Date: | NCIC Reported By: | |
| NCIC#: | NCIC Cancelled: | |

Property # 0005

| | | |
|---|---|---|
| Event Assoc/Orig status: STOLEN | Original Status Date: | Original Value: |
| Current status: STOLEN | Current Status Date: | Current Value: |
| Property Type: | | |
| Description: NEVADA DRIVERS REG | | |
| Make/Brand: | Model: | |
| Color: | Quantity: 1 | |
| Serial/Lot#: | Owner Applied#: | |
| NCIC Date: | NCIC Reported By: | |
| NCIC#: | NCIC Cancelled: | |

Property # 0006

| | | |
|---|---|---|
| Event Assoc/Orig status: STOLEN | Original Status Date: | Original Value: |
| Current status: STOLEN | Current Status Date: | Current Value: |
| Property Type: | | |
| Description: SOC SECURITY CARD | | |
| Make/Brand: | Model: | |
| Color: BLUE | Quantity: 1 | |
| Serial/Lot#: | Owner Applied#: | |
| NCIC Date: | NCIC Reported By: | |
| NCIC#: | NCIC Cancelled: | |

Property # 0007

| | | |
|---|---|---|
| Event Assoc/Orig status: STOLEN | Original Status Date: | Original Value: |
| Current status: STOLEN | Current Status Date: | Current Value: |
| Property Type: | | |
| Description: CREDIT CARD | | |
| Make/Brand: MASTERCARD | Model: | |
| Color: GRAY | Quantity: 1 | |
| Serial/Lot#: | Owner Applied#: | |
| NCIC Date: | NCIC Reported By: | |
| NCIC#: | NCIC Cancelled: | |

Property # 0008

| | | |
|---|---|---|
| Event Assoc/Orig status: STOLEN | Original Status Date: | Original Value: |
| Current status: STOLEN | Current Status Date: | Current Value: |
| Property Type: | | |
| Description: CREDIT CARD | | |
| Make/Brand: VISA | Model: | |
| Color: GRN | Quantity: 1 | |
| [illegible] | Owner Applied#: | |

Printed by: c5963s
Printed date/time: 7/19/01 19:27

# Incident Report

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NV 89101
(702) 229-3111

Incident Number: LLV001110002154

## Property Involved

Property # 0009
Event Assoc/Orig status: STOLEN
Current status: STOLEN
Property Type:
Description: CREDIT CARD
Make/Brand: AMERICAN EXPRESS
Color: GRN
Serial/Lot#:
NCIC Date:
NCIC#:

Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

Original Value:
Current Value:

Property # 0010
Event Assoc/Orig status: STOLEN
Current status: STOLEN
Property Type:
Description: CREDIT CARD
Make/Brand: MONTGOMERY WARD
Color: RED
Serial/Lot#:
NCIC Date:
NCIC#:

Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

Original Value:
Current Value:

Property # 0011
Event Assoc/Orig status: STOLEN
Current status: STOLEN
Property Type:
Description: CHECK BOOK
Make/Brand: BANK OF AMERICA
Color: SCOOBY DOO DESIGN
Serial/Lot#:
NCIC Date:
NCIC#:

Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

Original Value:
Current Value:

Property # 0012
Event Assoc/Orig status: STOLEN
Current status: STOLEN
Property Type:
Description: ATM CARD
Make/Brand: BANK OF AMERICA
Color: GRY/BLU
Serial/Lot#:
NCIC Date:
NCIC#.

Original Status Date:
Current Status Date:
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

Original Value:
Current Value:

Property # 0013
Event Assoc/Orig status: STOLEN
Current status: STOLEN
Property Type:
Description: W/BLK CASE 35 MM CAMERA
Make/Brand: NIKON
Color: BLK

Original Status Date:
Current Status Date:
Model:
Quantity: 1

Original Value: $260.00
Current Value: $260.00

# Incident Report

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NV 89101
(702) 229-3111

Incident Number: LLV001110002154

## Property Involved

Property # 0014

Event Assoc/Orig status: STOLEN
Original Status Date:
Original Value:

Current status: STOLEN
Current Status Date:
Current Value:

Property Type:

Description: PROOF OF INSURANCE

Make/Brand: STATE NATIONAL
Model:

Color: WHITE
Quantity: 1

Serial/Lot#:
Owner Applied#:

NCIC Date:
NCIC Reported By:

NCIC#:
NCIC Cancelled:

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NV 89101
(702) 229-3111

Incident Number: LLV001110002154

## Modus Operandi

| | |
|---|---|
| Against Persons: | N |
| Against Property: | Y |
| Occupied: | N |
| General Premise 1: | CHURCH |
| General Premise 2: | |
| Specific Premise: | PARKING LOT |
| Surrounding Area 1: | CORNER |
| Surrounding Area 2: | |
| Surrounding Area 3: | |
| Relationship to Suspect 1: | NONE |
| Relationship to Suspect 2: | |
| Weapon Type 1: | |
| Automatic: | N |
| Weapon Type 2: | |
| Automatic: | N |
| Weapon Type 3: | |
| Automatic: | N |

### Crime Against Property

| | |
|---|---|
| # of Premises Entered: | |
| Entry Point: | |
| Exit Point: | |
| Entry Loc 1: | |
| Exit Loc 1: | |
| Entry Loc 2: | |
| Exit Loc 2: | |
| Entry Method 1: | |
| Exit Method 1: | |
| Entry Method 2: | |
| Exit Method 2: | |
| Entry Tool 1: | |
| Exit Tool 1: | |
| Entry Tool 2: | |
| Exit Tool 2: | |
| Vehicle Entry: | FRONT DOOR/WINDOW |
| Safe Entry: | |

| | |
|---|---|
| Suspect Action 1: | |
| Suspect Action 2: | |
| Suspect Action 3: | |
| Suspect Action 4: | |
| Suspect Action 5: | |
| Additional Factor 1: | |
| Additional Factor 2: | |
| Additional Factor 3: | |
| Additional Factor 4: | |
| Additional Factor 5: | |
| Victim Location: | |
| Electronic Locks: | N |
| Video Serveillance: | N |
| Maid: | |
| Inspectress: | |

### Crime Against Persons

| | |
|---|---|
| Pre-incident Contact 1: | |
| Pre-incident Contact 2: | |
| Pre-incident Contact 3: | |
| Victim Condition 1: | |
| Victim Condition 2: | |
| Victim Condition 3: | |
| Victim Condition 4: | |
| Victim Condition 5: | |
| Suspect Solicited 1: | |
| Suspect Solicited 2: | |
| Suspect Pretended to Be: | |

| | |
|---|---|
| Suspect Action 1: | |
| Suspect Action 2: | |
| Suspect Action 3: | |
| Suspect Action 4: | |
| Suspect Action 5: | |
| Sex Crime 1: | |
| Sex Crime 2: | |
| Sex Crime 3: | |
| Sex Crime 4: | |
| Sex Crime 5: | |
| Vehicle Involvement 1: | |
| Vehicle Involvement 2: | |

# Incident Report

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NV 89101
(702) 229-3111

Incident Number: LLV001110002154

## Narratives

Entered Date/Time: 11/14/2000 08:48
Type: INCIDENT CRIME REPORT
Subject: BURGLARY (AUTO)
Author: STARKES, D 6927
Narrative:

ON 11/10/00, I SPOKE TO EVANGELINA MARTINEZ. MARTINEZ SAID THAT WHILE SHE WAS IN CHURCH AROUND 2030 HOURS, MIGUEL REYES WAS LEAVING THE BUILDING.

AS REYES STEPPED OUTSIDE, HE NOTICED TWO UNKNOWN BLACK MALES AROUND THE BACK SIDE OF MARTINEZ' CAR. THE TWO UNKNOWN SUSPECTS SAW REYES, AND THEN FLED THE CHURCH PARKING LOT IN A GRAY SUV WITH WHAT APPEARED TO BE A REGISTRATION PAPER IN THE WINDSHIELD.

LATER, MARTINEZ NOTICED THAT HER PURSE, WITH ALL OF HER PROPERTY INSIDE OF IT, WAS MISSING. ALSO MISSING WAS HER CAMERA. FINALLY, MARTINEZ SAW UNKNOWN FINGERPRINTS ON THE INSIDE OF HER DIVER SIDE WINDOW, NEAR THE TOP.



experian

Prepared for
EVANGELINA MARTINEZ
Report number
[illegible]

Report date
[illegible]
Questions?
Call [illegible]

| Address | Type of address | Geographic code |
|---|---|---|
| [illegible] 6TH ST<br>CALIPA CA 92399-[illegible] | Single family | 0-2 4850-7 -6780 |
| [illegible] S PECOS RD APT [illegible]<br>S VEGAS NV 89[illegible] | Apartment complex | 0-[illegible] |
| [illegible] HAUCK ST APT [illegible]<br>S VEGAS NV 89146-8027 | Apartment complex | 0-00-0 0 |
| 540 AVENUE E #A<br>CALIPA CA 92399-1807 | Single family | 0-2 4850-7 -6780 |
| 361 4TH ST SPC31<br>CALIPA CA 92399-4153 | Multifamily | 0-2 4920-7 -6780 |
| 772 DUNLAP BLVD APT4<br>CALIPA CA 92399-1621 | Single family | 0-2 4850-7 -6780 |
| [illegible] S PECOS RD<br>VEGAS NV 89[illegible] | Multifamily | 0-[illegible] |
| [illegible] E CHARLESTON BLVD APT [illegible]<br>VEGAS NV 89[illegible] | Apartment complex | 0-[illegible] |
| [illegible] S PECOS 102<br>VEGAS NV 89121- | Single family | 0-00-0 0 |

| Address | Type of address | Geographic code |
|---|---|---|
| [illegible] 6TH ST<br>CALIPA CA 92399- | Single family | 0-00-0 0 |
| [illegible] DUNLAP BLVD<br>CALIPA CA 92399-[illegible] | Single family | 0-2 4850-7 -6780 |

Social Security number variations
As a security precaution, we did not list the Social Security number that you gave us when you contacted us.

Date of birth
[illegible] 1974

Spouse's first name
[illegible] → not my spouse - I'm single

Employers
CATHOLIC CHARITIES OF S [illegible] PALO VERDE HENDERSON NV 89015-
[illegible] → I have never worked here

Notices
The address is a non-residential address: [illegible] S PECOS RD LAS VEGAS NV 89[illegible]
BUSINESS SERVICE [illegible] S PECOS RD LAS VEGAS NV 89[illegible]

[illegible]

* I have also never lived at 1711 June Ave N. Las Vegas NV 89032

* last year (11/00) my purse was stolen & my social security card was in it. Whoever has my card and other identifications is using it to obtain credit. A police report was made at the [illegible] Police Station in Las Vegas [illegible]

EXHIBIT 2

experian

Prepared for
EVANGELINA MARTINEZ
Report number
[illegible]

Report date
[illegible]
Questions?
Call 800-[illegible]

# orrection Form

ou prefer to write instead of telephoning to dispute information [illegible] on your report, please complete this form explaining why you believe [illegible] information on your credit report is incorrect. If you believe an item on your [illegible] report belongs to a relative or someone with a similar name, please let us [illegible].

Remember, accurate negative information will remain part of your credit [illegible] for 7 years and some bankruptcies will remain for 10 years.

eturn this form to: Experian
Attn: CAC
P.O. Box [illegible]
Allen TX [illegible]

Personal data

Address: [illegible] EAST CHARLESTON BLVD #[illegible] LAS VEGAS NV 89[illegible]

Other address: [illegible] SOUTH PECOS RD # [illegible] LAS VEGAS NV 89[illegible]

[illegible]

Please fill in your Social Security number: [redacted]

Year of birth: [illegible]

| ource/Identification number or ccount number | Why item is incorrect (check any that apply and explain) | |
|---|---|---|
| First Premier Bank [illegible] | [X] not my account<br>[ ] payment never late<br>[ ] paid in full<br>[ ] account closed<br>[ ] other incorrect information | Please explain: Stolen social security card (stolen). I never opened this account. |
| Providian Financial [illegible] | [X] not my account<br>[ ] payment never late<br>[ ] paid in full<br>[ ] account closed<br>[ ] other incorrect information | Please explain: Same reason as above |
| | [ ] not my account<br>[ ] payment never late<br>[ ] paid in full<br>[ ] account closed<br>[ ] other incorrect information | Please explain: |
| | [ ] not my account<br>[ ] payment never late<br>[ ] paid in full<br>[ ] account closed<br>[ ] other incorrect information | Please explain: |

experian

## Correction Form

If you prefer to write instead of telephoning to dispute information contained on your report, please complete this form explaining why you believe the information on your credit report is incorrect. If you believe an item on your credit report belongs to a relative or someone with a similar name, please let us know.

Remember: accurate negative information will remain on your credit history for 7 years and some public records will remain for 10 years.

Return this form to: Experian [illegible] P.O. Box [illegible] Allen TX [illegible]

Prepared for: [illegible]

Report number: [illegible]

Report date: [illegible]

Questions? Call 800-[illegible]

Personal data

Address: 3025 EAST CHARLESTON BLVD #[illegible] LAS VEGAS NV 89[illegible]

Other address: 4260 SOUTH PECOS RD # [illegible] LAS VEGAS NV [illegible]

[illegible]

X Please fill in your Social Security number: [redacted]

Year of birth: [illegible]

| Source/Identification number or Account number | Why item is incorrect (check any that apply and explain) | |
|---|---|---|
| X AT+T Wireless 2116000004936[illegible] | X not my account<br>— payment never late<br>— paid in full<br>— account closed<br>— other incorrect information | Please explain: I never opened this account. My social security card has been used by someone else since my purse was stolen. There was a police report made on that date - 11/10/00 |
| FCNB/ Newport News [illegible] | X not my account<br>— payment never late<br>— paid in full<br>— account closed<br>— other incorrect information | Please explain: Same reason as above |
| Fingerhut Corp [illegible] | X not my account<br>— payment never late<br>— paid in full<br>— account closed<br>— other incorrect information | Please explain: Same reason as above |
| Gateway Computers M/HC 6011[illegible] | X not my account<br>— payment never late<br>— paid in full<br>— account closed<br>— other incorrect information | Please explain: Same reason as above |

# Request for Dispute Resolution

File Number: 104419731-001

To dispute information on your credit report, please complete this form and return it to Trans Union Consumer Relations

1 If any of this information in the box on the left is incorrect or incomplete, write the corrections in the boxes on the right

| | |
|---|---|
| Name: MARTINEZ, EVANGELIN | Name: Evangelina |
| Other Names(s): | Other Name(s): |
| Address: 5225 E CHARLESTON BV 2073 LAS VEGAS, NV 89142 | Address: |
| Social Security Number: [redacted] | Social Security Number: |
| Date of Birth: 12/1974 | Date of Birth: |
| Driver's License Number: | Driver's License Number: |
| Telephone Number(s): 457-0503 | Telephone Number(s): |
| Employer: DOYNE MEDICAL LAS VEGASNV | Employer: Catholic Charities of Southern Nevada |

2 Tell us what you disagree with on your credit report. Use the additional space on the back of this form if necessary

| | |
|---|---|
| Company Name: Nationwide | Company Name: Yourbank.com |
| Account #: 2812643 | Account #: 6011767303051922 |
| The reason I disagree: | The reason I disagree: |
| [ ] This is not my account | [X] This is not my account |
| [ ] I have never paid late | [ ] I have never paid late |
| [ ] This account is in bankruptcy | [ ] This account is in bankruptcy |
| [ ] This account is closed | [ ] This account is closed |
| [ ] I have paid this account in full | [ ] I have paid this account in full |
| [X] I paid this before it went to collection or before it was charged off | [ ] I paid this before it went to collection or before it was charged off |
| [ ] Other: | [ ] Other: |

3 Return this form to:

CREDIT BUREAU CENTRAL
2355 RED ROCK ST. STE.200,POB29060
LAS VEGAS, NV. 89126

Signature: [signature]

EXHIBIT 3

Upon receipt of your request for dispute resolution, an investigation will be initiated and completed within 30 days. Upon completion, you will receive written notice of the results of our investigation. We recommend that you do not apply for credit while your request for resolution is pending

File Number 104419731-001

Additional space for 2 Tell us what you disagree with on your credit report.

Company Name: FCNB-N News

Account #: 2623192446

The reason I disagree:
- [x] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

Company Name: Providian

Account #: 4031174503446409

The reason I disagree:
- [x] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

Company Name: AT+T Wireless

Account #: 20211000000049360019

The reason I disagree:
- [x] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

Company Name: First Premier

Account #: 5433628712480577

The reason I disagree:
- [x] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

4 Optional. Write any additional comments. For example, tell us if you have any corrections to your previous address or previous employer.

Also my former address in NV is 4263 S. Ross Rd #102 Las Vegas 89121

Additional Comments:

[illegible] The Fingerhut account (8030101917522308002) is also not my account. I have never lived at 1711 June St N. Las Vegas 89032 and never worked at Dayne Medical Las Vegas NV. My purse was stolen last year (2000) in November & my credit cards, driver's license, birth certificate & social security card were in there. It was all reported that same night to the Metro Police Dept. Is there anything else I can do?

To investigate your request, we will contact the source of the disputed information. Each source will be told the nature of your dispute and will be asked to verify the accuracy and/or completeness of the information they reported.